UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08 CR 524** |
| | ) | |
| vs. | ) | Violations: Title 18, United States |
| | ) | Code, Section 922(g)(1) and Title 21, |
| LEVORE JONES-TIDWELL | ) | United States Code, Section 841(a)(1) |
| | ) | |

**JUDGE COAR**

### COUNT ONE

**MAGISTRATE JUDGE COX**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about March 21, 2008, at Bellwood, in the Northern District of Illinois, Eastern Division,

LEVORE JONES-TIDWELL

defendant herein, previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess certain firearms, namely, a Hermann Weihrauch, model HW3, .32 caliber revolver, with serial number 77169; a North China Industries (Clayco) model SKS, 7.62 x 39 caliber rifle, with serial number 18003437; and a Sturm Ruger, model Super Blackhawk, .44 magnum caliber revolver, with serial number 17772, which possession was in and affecting commerce in that the firearms had traveled in interstate and foreign commerce prior to the defendant's possession of the firearms;

In violation of Title 18, United States Code, Section 922(g)(1).

**FILED**

JUL 0 2 2008  T.C.

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about March 21, 2008, at Bellwood, in the Northern District of Illinois, Eastern Division,

### LEVORE JONES-TIDWELL

defendant herein, knowingly and intentionally did possess with intent to distribute a controlled substance, namely, approximately 1.2 grams of mixtures containing heroin, a Schedule I Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. The allegations contained in Count One of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count One of the foregoing Indictment,

LEVORE JONES-TIDWELL

defendant herein, shall forfeit to the United States, pursuant to Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the offense charged in Count One of the Indictment.

3. The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) are one Hermann Weihrauch, model HW3, .32 caliber revolver, with serial number 77169; one North China Industries (Clayco) model SKS, 7.62 x 39 caliber rifle, with serial number 18003437; and one Sturm Ruger, model Super Blackhawk, .44 magnum caliber revolver, with serial number 17772.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY