

**08 CR 524**  JUDGE COAR

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS   MAGISTRATE JUDGE COX

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO X**  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **NO X**  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   **NO X**  YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO X**  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO X**  YES ☐

6) What level of offense is this indictment or information?   **FELONY X**  MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   **NO X**  YES ☐

8) Does this indictment or information include a conspiracy count?   **NO X**  YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ........ (II) | ☐ Other Embezzlement (III) | ☐ Income Tax Fraud .. (II) |
| ☐ Criminal Antitrust (II) | | ☐ Postal Fraud ....... (II) |
| ☐ Bank robbery .... (II) | | ☐ Other Fraud ....... (III) |
| ☐ Post Office Robbery (II) | | ☐ Auto Theft ........ (IV) |
| ☐ Other Robbery .. (II) | | ☐ Transporting Forged Securities (III) |
| ☐ Assault ........ (III) | **FILED** | ☐ Forgery ........ (III) |
| ☐ Burglary ....... (IV) | JUL 0 2 2008 TC | ☐ Counterfeiting ..... (III) |
| ☐ Larceny and Theft (IV) | MICHAEL W. DOBBINS | ☐ Sex Offenses ...... (II) |
| ☐ Postal Embezzlement (IV) | CLERK, U.S. DISTRICT COURT | |

(Revised 12/99)

☐ DAPCA Marijuana . (III)
☐ DAPCA Narcotics .. (III)
☐ DAPCA Controlled Substances (III)
☐ Miscellaneous General Offenses (IV)
X Immigration Laws ... (IV)
☐ Liquor, Internal Revenue Laws (IV)
☐ Food & Drug Laws ... (IV)
☐ Motor Carrier Act .... (IV)
☐ Selective Service Act (IV)
☐ Obscene Mail ...... (III)
X Other Federal Statutes (III)
☐ Transfer of Probation Jurisdiction (V)

10) List the statute of each of the offenses charged in the indictment or information.

18 U.S.C. §922(g)(1)
21 U.S.C. §841(a)(1)

*[signature]*
MEGAN C. CHURCH
Assistant United States Attorney

(Revised 12/99)