**United States District Court, Northern District of Illinois**

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | **MAGISTRATE JUDGE COX** |
|---|---|---|---|
| CASE NUMBER | 08 GJ 0485 | DATE | JULY 2, 2008 |
| CASE TITLE | US v. LEVORE JONES-TIDWELL | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

---

**GRAND JURY PROCEEDING**   **JUDGE COAR**

**MAGISTRATE JUDGE COX**

The Grand Jury for the _____SPECIAL MARCH 2007_____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

---

DOCKET ENTRY:

# 08CR 524

TO ISSUE BENCH WARRANT, SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

**FILED**

JUL 0 2 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

- [ ] No notices required, advised in open court.
- [ ] No notices required.
- [ ] Notices mailed by judge's staff.
- [ ] Notified counsel by telephone.
- [ ] Docketing to mail notices
- [ ] Mail AO 450 form.
- [ ] Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

| Number of notices | DOCKET# |
|---|---|
| Date docketed | |
| Docketing dpty. initials | |
| Date mailed notice | |
| Mailing dpty. initials | |