## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 524 | **DATE** | 7/7/2008 |
| **CASE TITLE** | United States of America vs. Levore Jones-Tidwell | | |

**DOCKET ENTRY TEXT**

Arraignment and Plea set for July 22, 2008 at 9:30 a.m.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|