UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 7 - 2008
Judge David H. Coar
United States District Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 524 |
| | ) | JUDGE DAVID H. COAR |
| LEVORE JONES TIDWELL | ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

      Name: Levore Jones-Tidwell
      Date
      Sex:
      Race:
      Prisc

has been and now is, in due form and process of law, detained in the following institution:

      Big Muddy River Correctional Center.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 18, United States Code, Section 922(g)(1), and Title 21, United States Code, Section 841(a)(1), and is now wanted in such division and district on July 22, 2008 at 9:30 a.m. for arraignment before Judge David H. Coar, Courtroom 1419.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | WARDEN |
| Northern District of Illinois | Big Muddy River Correctional |
| Chicago, Illinois | Center |
| | Big Muddy River, Illinois |

commanding them to produce the body of the prisoner before this Court at the specified time and date, and that the prisoner shall be so produced pursuant to the Writ, and that when these proceedings have been so terminated, that Jones-Tidwell be returned forthwith to said institution from which he was brought unless otherwise directed by the Court.

          Respectfully submitted,

          PATRICK J. FITZGERALD
          United States Attorney

By: *(signature)*
    Megan Cunniff Church
    Assistant U. S. Attorney
    219 South Dearborn Street
    Fifth Floor
    Chicago, Illlinois 60604
    (312) 886-1173