UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No.  08 CR 524 |
| ) | JUDGE DAVID H. COAR |
| LEVORE JONES TIDWELL ) | |

O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

      Name: Levore Jones-Tidwell
      Date
      Sex:
      Race
      Pris

has been and now is, in due process of law, incarcerated in the following institution:

      Big Muddy River Correctional Center,

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Section 922(g)(1), and Title 21, United States Code, Section 841(a)(1), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois at 9:30 a.m. on July 22, 2008 for arraignment before Judge David H. Coar, Courtroom 1419.

IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | WARDEN |
| Northern District of Illinois | Big Muddy River Correctional |
| Chicago, Illinois | Center |
| | Big Muddy River, Illinois |

bring or cause to be brought before this Court, at said time on

said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosecuendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

E N T E R:

_____
DAVID H. COAR
United States District Judge

DATED at Chicago, Illinois
this     8     day of July 2008