Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 524-1 | **DATE** | 7/22/2008 |
| **CASE TITLE** | USA vs. Levore Jones-Tidwell | | |

**DOCKET ENTRY TEXT:**

Initial appearance held on 7/22/2008. Arraignment and Plea held on the indictment on 7/22/2008. Defendant appeared with counsel - Federal Defender Program.. Leave granted Imani Chiphe to file appearance on behalf of defendant . Defendant entered a plea of not guilty to the indictment. Local Rule 16 materials to be tendered by the government by 7/26/2008. Defendant to file motions by 8/29/2008; government to file responses to the motions by 9/19/2008. Status hearing set for 9/19/2008 at 9:30 a.m. Hearing on any motion set for 9/19/2008 at 9:30 a.m. . Defendant remanded into Federal custody - the custody of the U.S.Marshal. Pursuant to 18:3161(h)(8)(A)(B), (h)(1)(F) time is excluded through and including 9/19/2008. (X-T)

Docketing to mail notices.

00:06

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|